L. Stahl, appellee, v. The Chicago Custom Garment Company, Inc., appellant. Gen. No. 34,140.

Heard in the

**614**

second division of this court for the first district at the February term, 1930. Opinion filed June 30, 1930.

Gustav E. Beerly, for appellant; John F. Diffenderffer, Jr., and James M. Gillespie, of counsel. Holland F. FlaHavhan, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Heard in the second division of this court for the first district at the February term, 1930. Opinion filed June 30, 1930.